**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **IN RE** | ) | **GENERAL ORDER** |
| | ) | |
| **ASSIGNMENT OF CASE TO** | ) | **No. 2007-15** |
| **THE HONORABLE ROBERT W. PRATT** | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, and Robert W. Pratt,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Pratt:

    **8:07CR279   United States of America v. Michael C. Fitzgerald**

2. The magistrate judge assignment will remain unchanged.

DATED 26th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge