IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 8:07-cr-279 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MICHAEL C. FITZGERALD, | * | |
| | * | ORDER |
| Defendant. | * | |

This case has been assigned to the undersigned for trial during the week of February 4, 2008.  Counsel shall submit proposed jury instructions, proposed voir dire, trial briefs, and a list of potential witnesses before the close of business on January 30, 2008.  On the morning of trial, counsel shall appear in chambers at 8:30 a.m. to take up any pretrial matters.  Jury selection shall begin promptly at 9:00 a.m.

IT IS SO ORDERED.

Dated this ___23rd ___ day of January, 2008.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT